# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1575

_____

In re: Bryan S. Behrens

*Debtor*

------------------------------

Bryan S. Behrens

*Appellant*

v.

United States of America

*Appellee*

_____

The United States Bankruptcy
Appellate Panel for the Eighth Circuit

_____

Submitted: September 30, 2014
Filed: October 3, 2014
[Unpublished]

_____

Before LOKEN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Bryan Behrens appeals the decision of the Bankruptcy Appellate Panel, affirming the bankruptcy court's[1] order dismissing his complaint challenging the restitution order imposed as part of his criminal sentence. Upon careful review, *see In re King*, 744 F.3d 565, 569 (8th Cir. 2014) (standard of review), we conclude that Behrens improperly sought to use an adversary bankruptcy proceeding to collaterally attack a final criminal judgment. Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Thomas L. Saladino, Chief Judge, United States Bankruptcy Court for the District of Nebraska.